IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:13Cr71-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KAMRAN REZAPOUR ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon Government's Motion For Peremptory Trial Setting during our January 6, 2014, criminal term, in the Statesville Division.

The Government in its Motion ask for a peremptory trial setting during the first week of the Court's January 2014, trial term. However, the Defendant, Rezapour, who is Pro Se with stand-by counsel, Douglas Roberts, filed a continuance on December 11, 2013, in which the Court granted and continued this matter to the March 3, 2014 term.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for a peremptory trial setting is **DENIED**.

Signed: December 11, 2013

Richard L. Voorhees
United States District Judge