**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CR-071-FDW-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **KAMRAN REZAPOUR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) filed by Noell P. Tin, concerning Hugo A. Rodriguez, Esq. on December 16, 2013. Mr. Hugo A. Rodriguez seeks to appear as counsel *pro hac vice* for Defendant Kamran Rezapour. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) is **GRANTED.** Mr. Hugo A. Rodriguez is hereby admitted *pro hac vice* to represent Defendant Kamran Rezapour.

**SO ORDERED**.

Signed: December 16, 2013

David C. Keesler
United States Magistrate Judge